| | |
|---|---|
| United States District Court<br>Eastern District of New York | 1:19-cv-04861-ENV-SMG |
| Jami Weber-Lugo, Jane Doe, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    - against -<br><br>Aldi Inc.,<br><br>       Defendant | <br><br><br><br><br>Notice of Voluntary Dismissal |

  Plaintiffs give notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: April 27, 2020

                    Respectfully submitted,

                    Sheehan & Associates, P.C.

                    /s/Spencer Sheehan

                    Spencer Sheehan<br>
                    505 Northern Blvd Ste 311<br>
                    Great Neck NY 11021-5101<br>
                    Tel: (516) 303-0552<br>
                    Fax: (516) 234-7800<br>
                    spencer@spencersheehan.com<br>
                    E.D.N.Y. # SS-8533<br>
                    S.D.N.Y. # SS-2056

1:19-cv-04861-ENV-SMG
United States District Court
Eastern District of New York

Jami Weber-Lugo, Jane Doe, individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

Aldi Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 505 Northern Blvd Ste 311
  Great Neck NY 11021-5101
     Tel: (516) 303-0552
     Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  April 27, 2020

      /s/ Spencer Sheehan
      Spencer Sheehan

Certificate of Service

I certify that on April 27, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan  
Spencer Sheehan